# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

### 2023 ND 110

In the Interest of I.X.F., a child

| | |
|---|---|
| Grand Forks County Human Service Zone, | Petitioner and Appellee |
| v. | |
| I.X.F., a child, E.L.F., Jr., father, | Respondents |
| and | |
| Q.D.H., mother, | Respondent and Appellant |

### No. 20230112

Appeal from the Juvenile Court of Grand Forks County, Northeast Central Judicial District, the Honorable John A. Thelen, Judge.

AFFIRMED.

Per Curiam.

Jacqueline A. Gaddie, Assistant State's Attorney, Grand Forks, ND, for petitioner and appellee; submitted on brief.

Erica L. Chisholm, Wahpeton, ND, for respondent and appellant; submitted on brief.

**Per Curiam.**

[¶1]   Q.H. appeals from a juvenile court judgment terminating her parental rights to I.X.F. She argues the court erred when it found I.X.F. is in need of protection and the conditions and causes of the need for protection are likely to continue. We conclude the court's findings are not clearly erroneous and the court did not abuse its discretion when it terminated Q.H.'s parental rights. *See Interest of A.C.*, 2022 ND 123, ¶ 5, 975 N.W.2d 567 (the clearly erroneous standard of review applies to factual findings made in a termination of parental rights proceeding); *see also Interest of A.P.*, 2022 ND 131, ¶ 2, 976 N.W.2d 244 (whether terminating parental rights would promote the child's welfare is left to the court's discretion when the required elements are proven by clear and convincing evidence). We summarily affirm under N.D.R.App.P. 35.1(a)(2) and (4).

[¶2]   Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr